# EXHIBIT 3



JUSTICE
atWORK

Formerly known as Friends of Farmworkers

**Employee Representation Authorization Form**
***Autorización de Representación del Empleado/a***

Date/*Fecha*: 5/25/20

I am a current employee of Maid-Rite Steak, 105 Keystone Industrial Park Rd, Dunmore, PA 18512.

*Soy una empleada actual de Maid-Rite Steak, 105 Keystone Industrial Park Rd, Dunmore, PA 18512.*

I authorize Justice at Work to act as my representative in connection with any OSHA inspection of my workplace.

*Autoriza a Justicia en el Trabajo (Justice at Work) a actuar como mi representante en relación a cualquier inspección de OSHA en mi lugar de trabajo.*

Name/*Nombre*

Signature/*Firma*

Phone/*Teléfono*

**Justice at Work: Formerly known as Friends of Farmworkers | justiceatworklegalaid.org**
990 Spring Garden St., Ste. 300 | Philadelphia, PA 19123 | (215) 733-0878
5907 Penn Avenue, Ste. 320 | Pittsburgh, PA 15206 | 412-701-4368

JUSTICE
at WORK

Formerly known as Friends of Farmworkers

**Employee Representation Authorization Form**
***Autorización de Representación del Empleado/a***

Date/*Fecha*: 05-26-2020

I am a current employee of Maid-Rite Steak, 105 Keystone Industrial Park Rd, Dunmore, PA 18512.

*Soy una empleada actual de Maid-Rite Steak, 105 Keystone Industrial Park Rd, Dunmore, PA 18512.*

I authorize Justice at Work to act as my representative in connection with any OSHA inspection of my workplace.

*Autoriza a Justicia en el Trabajo (Justice at Work) a actuar como mi representante en relación a cualquier inspección de OSHA en mi lugar de trabajo.*

[REDACTED]
Name/*Nombre*

[REDACTED]
Signature/*Firma*

[REDACTED]
Phone/*Teléfono*

**Justice at Work: Formerly known as Friends of Farmworkers | justiceatworklegalaid.org**
990 Spring Garden St., Ste. 300 | Philadelphia, PA 19123 | (215) 733-0878
5907 Penn Avenue, Ste. 320 | Pittsburgh, PA 15206 | 412-701-4368



JUSTICE
atWORK

Formerly known as Friends of Farmworkers

**Employee Representation Authorization Form**
***Autorización de Representación del Empleado/a***

Date/*Fecha*: June 8, 2020

I am a current employee of Maid-Rite Steak, 105 Keystone Industrial Park Rd, Dunmore, PA 18512.

*Soy una empleada actual de Maid-Rite Steak, 105 Keystone Industrial Park Rd, Dunmore, PA 18512.*

I authorize Justice at Work to act as my representative in connection with any OSHA inspection of my workplace.

*Autoriza a Justicia en el Trabajo (Justice at Work) a actuar como mi representante en relación a cualquier inspección de OSHA en mi lugar de trabajo.*

Name/*Nombre*

Signature/*Firma*

Phone/*Teléfono*

Justice at Work: Formerly known as Friends of Farmworkers | justiceatworklegalaid.org
990 Spring Garden St., Ste. 300 | Philadelphia, PA 19123 | (215) 733-0878
5907 Penn Avenue, Ste. 320 | Pittsburgh, PA 15206 | 412-701-4368