## Exhibit Index

Worker Plaintiff Declaration 1……………………………………………………..Ex. A

Worker Plaintiff Declaration 2……………………………………………….………..Ex. B

Worker Plaintiff Declaration 3……………………………………....…..………..Ex. C