# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOES I, II, III, et al.,                       :
                                                    :
      Plaintiffs                   :        3: 20-CV-1260
                                                    :
      v.                           :        (Judge Mannion)
                                                    :
EUGENE SCALIA, United States                        :
Secretary of Labor, et al.,                         :
                                                    :
      Defendants                   :

## ORDER

AND NOW, this __27th__ day of July, 2020, the Defendant's unopposed motion for a one day extension of time within which to file an answer and/or otherwise respond to Plaintiff's complaint and motion for leave to proceed under pseudonym is hereby GRANTED. Defendant's response to the complaint and motion shall be filed by 5 p.m. on Tuesday July 28, 2020.


*s/ Malachy E. Mannion*
_____
MALACHY E. MANNION
U.S. DISTRICT COURT JUDGE