**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANE DOES I, II, III, et al.,** : | |
| Plaintiffs : | CIVIL ACTION NO. 3:20-1260 |
| v. : | (JUDGE MANNION) |
| **EUGENE SCALIA, United States Secretary of Labor, et al.,** : | |
| : | |
| Defendants | |

## ORDER

Presently before the court is a joint motion to conduct the hearing scheduled for Friday, July 31, 202 remotely. (Doc. 9). The motion is **GRANTED IN PART**. Lead Counsel for both parties must be physically present for the hearing. All additional counsel may join the hearing remotely.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 27 2020**
20-1260-02