# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JANE DOES I, II, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.    ) | Civil Action No. 3:20-1260 |
| ) | |
| EUGENE SCALIA, United States ) | (JUDGE MANNION) |
| Secretary of Labor, et al.,    ) | |
| ) | |
| Defendants.    ) | |

---

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Eugene Scalia, the Occupational Safety and Health Administration, and the United States Department of Labor motion the Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b). A brief in support of this motion is being filed simultaneously.

Counsel certifies that he contacted Plaintiffs' Counsel to seek concurrence with this motion, pursuant to M.D. Pa. L.R. 7.1, and counsel did not concur.

Respectfully submitted,

DAVID J. FREED
UNITED STATES ATTORNEY

Date: July 28, 2020                  /S/ G. Michael Thiel
G. MICHAEL THIEL
Assistant U.S. Attorney
Atty. I.D. #PA 72926
235 N. Washington Ave., Ste.311
Scranton, PA 18503
Phone: (570) 348-2800
mike.thiel@usdoj.gov

KATE S. O'SCANNLAIN
SOLICITOR OF LABOR
U.S. DEPARTMENT OF LABOR

/s/ Oscar L. Hampton III            EDMUND C. BAIRD
OSCAR L. HAMPTON III                Associate Solicitor for
Regional Solicitor                  Occupational Safety and Health
Atty. I.D. #MO 36778
170 S. Independence Mall West
Suite 630 East
Philadelphia, PA 19106
(215) 861-5120
hampton.oscar@dol.gov

RICHARD T. BUCHANAN
Deputy Regional Solicitor

MICHAEL P. DOYLE
Regional OSHA Counsel

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JANE DOES I, II, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-1260 |
| | ) |
| EUGENE SCALIA, United States | ) (JUDGE MANNION) |
| Secretary of Labor, et al., | ) |
| | ) |
| Defendants. | ) |

_____

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on July 28, 2020, she served copies of the attached:

**DEFENDANTS MOTION TO DISMISS COMPLAINT**

by ECF Filing upon:

Lerae Kroon, Esquire
Nina A. Menniti, Esquire
Samuel H. Datlof, Esquire

/s/ Christina M. Nihen
CHRISTINA M. NIHEN
Legal Assistant

4