UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JANE DOES I, II, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-1260 |
| ) | |
| EUGENE SCALIA, United States ) | (JUDGE MANNION) |
| Secretary of Labor, et al., ) | |
| ) | |
| Defendants. ) | |

---

# O R D E R

NOW, this _____ day of _____, 2020, upon consideration of Defendants' motion to dismiss, IT IS HEREBY ORDERED THAT the motion is GRANTED. Plaintiffs' claim against Defendants is DISMISSED.

_____
Malachy E. Mannion
United States District Judge