UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III and FRIENDS OF FARMWORKERS, INC. D/B/A JUSTICE AT WORK IN ITS CAPACITY AS EMPLOYEE REPRESENTATIVE,<br><br>Plaintiffs,<br><br>EUGENE SCALIA, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF LABOR; OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES notice DEPARTMENT OF LABOR,<br><br>Defendants. | Case No.: 3:20-cv-01260 |

## **PLAINTIFFS' PROPOSED PLANS FOR MAY 31 HEARING**

Plaintiffs wish to update the Court on the evidence they wish to produce at the Friday, July 31 hearing and address certain procedural matters that have arisen. Plaintiffs have discussed these matters with Defendants via videoconference and email. If the Court wishes to discuss the plan outlined below, Plaintiffs propose a telephonic status conference between the Court and the parties sometime on Thursday, July 30 to assure that the hearing can go forward in an orderly manner.

Plaintiffs propose beginning with an opening statement to address Defendants' motion and outline the evidence they intend to present. As ordered by

1

the Court, lead counsel for Plaintiffs will be physically present at the courthouse in Scranton to introduce documents into evidence, but counsel appearing via video may offer Plaintiffs' opening statements.

Plaintiffs also intend to present witnesses for examination, who are from outside the jurisdiction and wish to appear remotely. Thus, Plaintiffs request that they be allowed to invite witnesses to the videoconference at the appropriate time or be provided a mechanism to call witnesses via the videoconference. Defendants have informed Plaintiffs any witnesses they call will be physically present. Plaintiffs' counsel who are not physically present in the courtroom may also conduct direct and cross-examination via videoconference.

In addition to the witnesses Plaintiffs are prepared to present for examination in open court, at least two additional Maid-Rite workers, also wishing to proceed anonymously, are prepared to offer evidence in support of Plaintiffs. This evidence will be proffered in the form of declarations submitted to the Court in advance of Friday's hearing. The witnesses are willing to present themselves for questioning, but, because at least one of these witnesses is currently a Maid-Rite employee, Plaintiffs request that the Court arrange a time outside of business hours where these witnesses can testify, that the courtroom be closed for their testimony, and Plaintiffs be allowed to move to place their identifying information under seal.

Finally, Plaintiffs request that the Court permit post-hearing briefs summarizing the evidence presented at the hearing and its bearing on Plaintiffs' mandamus petition and Defendants' motion to dismiss. Plaintiffs propose that they be provided until Wednesday, August 5 for their brief, which will also serve as their opposition to Defendants' motion to dismiss, and that Defendants be permitted to file a posthearing brief, which will also serve as their reply in support of their motion to dismiss, by August 7.

Respectfully submitted this 29th day of July 2020.

s/ David S. Muraskin,
David Muraskin, D.C. Bar No. 1012451
Karla Gilbride, D.C. Bar No. 1005586
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Fax: (202) 232-7203
kgilbride@publicjustice.net
dmuraskin@publicjustice.net

**FRIENDS OF FARMWORKERS, INC., D/B/A JUSTICE AT WORK**
Lerae Kroon, PA Bar No. 325464
Nina Menniti, PA Bar No. 326828
Samuel Datlof, PA Bar No. 324716
990 Spring Garden St, Suite 300
Philadelphia, PA 19123
Telephone: (215) 733-0878
Fax: (215) 733-0878
lkroon@justiceatworklegalaid.org
nmenniti@justiceatworklegalaid.org
sdatlof@justiceatworklegalaid.org
*Attorneys for Jane Does I, II, and III*

**TOWARDS JUSTICE**
David H. Seligman, CO Bar No. 49394
Juno Turner, NY Bar No. 4491890*
Brianne Power, CO Bar No. 53730
1410 High St., Suite 300
Denver, CO 80218
Telephone.: 720-239-2606
david@towardsjustice.org
juno@towardsjustice.org
brianne@towardsjustice.org

**NICHOLS KASTER, PLLP**
Matthew H. Morgan, MN Bar No. 304657
Anna P. Prakash, MN Bar No. 0351362*
4600 IDS Center
80 S. Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
morgan@nka.com
aprakash@nka.com

*Attorneys for Friends of Farmworkers, Inc., d/b/a Justice at Work*
* application for admission *pro hac vice* forthcoming

*Counsel for Plaintiffs*