# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-1260 |
| | ) |
| EUGENE SCALIA, United States Secretary of Labor, et al., | ) (JUDGE MANNION) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO STAY HEARING PENDING DISPOSITION OF MOTION TO DISMISS

Defendants Eugene Scalia, the Occupational Safety and Health Administration, and the United States Department of Labor motion the Court to stay the evidentiary hearing scheduled for Friday, July 31, 2020 pending disposition of Defendants' Motion to Dismiss (ECF ## 23, 34).  A brief in support of this Motion is being filed simultaneously.

Counsel certifies that he contacted Plaintiffs' Counsel to seek concurrence with this motion, pursuant to M.D. Pa. L.R. 7.1.  Plaintiff's counsel had not conferred with co-counsel at the time Defendants' counsel contacted him to discuss concurrence, but stated that he

assumed that Plaintiffs did not concur.

                        Respectfully submitted,

                        DAVID J. FREED
                        UNITED STATES ATTORNEY

Date: July 30, 2020           /s/ G. Michael Thiel
                        G. MICHAEL THIEL
                        Assistant U.S. Attorney
                        Atty. I.D. #PA 72926
                        235 N. Washington Ave., Ste.311
                        Scranton, PA 18503
                        Phone: (570) 348-2800
                        mike.thiel@usdoj.gov

                        KATE S. O'SCANNLAIN
                        SOLICITOR OF LABOR
                        U.S. DEPARTMENT OF LABOR

/s/ Oscar L. Hampton III       EDMUND C. BAIRD
OSCAR L. HAMPTON III        Associate Solicitor for
Regional Solicitor                  Occupational Safety and Health
Atty. I.D. #MO 36778
170 S. Independence Mall West
Suite 630 East
Philadelphia, PA 19106
(215) 861-5120
hampton.oscar@dol.gov

RICHARD T. BUCHANAN
Deputy Regional Solicitor

MICHAEL P. DOYLE
Regional OSHA Counsel

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-1260 |
| | ) |
| EUGENE SCALIA, United States Secretary of Labor, et al., | ) (JUDGE MANNION) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on July 30, 2020, she served copies of the attached:

**DEFENDANTS' MOTION TO STAY HEARING PENDING DISPOSITION OF MOTION TO DISMISS**

by ECF Filing upon:

Lerae Kroon, Esquire
Nina A. Menniti, Esquire
Samuel H. Datlof, Esquire

/s/ Christina M. Nihen
CHRISTINA M. NIHEN
Legal Assistant

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-1260 |
| | ) |
| EUGENE SCALIA, United States Secretary of Labor, et al., | ) (JUDGE MANNION) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF NON CONCURRENCE

Counsel certifies that he contacted Plaintiffs' Counsel to seek concurrence with this motion and counsel did not concur.

                                  Respectfully submitted,

                                  DAVID J. FREED
                                  UNITED STATES ATTORNEY

Date: July 30, 2020               /s/ G. Michael Thiel
                                  G. MICHAEL THIEL
                                  Assistant U.S. Attorney
                                  Atty. I.D. #PA 72926
                                  235 N. Washington Ave., Ste.311
                                  Scranton, PA 18503
                                  Phone: (570) 348-2800
                                  mike.thiel@usdoj.gov

|  |  |
|---|---|
|  | KATE S. O'SCANNLAIN<br>SOLICITOR OF LABOR<br>U.S. DEPARTMENT OF LABOR |
| /s/ Oscar L. Hampton III<br>OSCAR L. HAMPTON III<br>Regional Solicitor<br>Atty. I.D. #MO 36778<br>170 S. Independence Mall West<br>Suite 630 East<br>Philadelphia, PA 19106<br>(215) 861-5120<br>hampton.oscar@dol.gov | EDMUND C. BAIRD<br>Associate Solicitor for<br>Occupational Safety and Health |
| RICHARD T. BUCHANAN<br>Deputy Regional Solicitor |  |
| MICHAEL P. DOYLE<br>Regional OSHA Counsel |  |