## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**JANE DOES I, II, III, et al.,**       :

      **Plaintiffs**       :       **CIVIL ACTION NO. 3:20-1260**

      **v.**       :       **(JUDGE MANNION)**

**EUGENE SCALIA, United States**       :
**Secretary of Labor, et al.,**
             :
      **Defendants**

## ORDER

The defendant's motion to stay (Doc. 30) is **DENIED.**

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**DATE: July 30, 2020**
20-1260-03