## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III and FRIENDS OF FARMWORKERS, INC. D/B/A JUSTICE AT WORK IN ITS CAPACITY AS EMPLOYEE REPRESENTATIVE, <br><br> Plaintiffs, <br><br> EUGENE SCALIA, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF LABOR; OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES notice DEPARTMENT OF LABOR, <br><br> Defendants. | Case No.: 3:20-cv-01260 |

## JOINT STATUS REPORT

Pursuant to this Court's order of June 23, 2020, Dkt #6, the parties submit this Joint Status Report regarding their efforts to reach an amicable resolution of the matters raised in Plaintiffs' Complaint and Petition for Writ of Mandamus, Dkt. #1.

The Parties discussed possible amicable resolutions of this case by videoconference and email. Plaintiffs made a proposal for absolving the need for a hearing tomorrow in exchange for certain conditions. Defendants did not accept Plaintiffs' proposal.

Respectfully submitted this 30th day of July 2020.

/s/ *David H. Seligman*
David H. Seligman, CO Bar No. 49394
Juno Turner, NY Bar No. 4491890*
Brianne Power, CO Bar No. 53730
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
Telephone.: 720-239-2606
david@towardsjustice.org
juno@towardsjustice.org
brianne@towardsjustice.org

David Muraskin, D.C. Bar No. 1012451
Karla Gilbride, D.C. Bar No. 1005586
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Fax: (202) 232-7203
kgilbride@publicjustice.net
dmuraskin@publicjustice.net

Adrienne H. Spiegel, CA Bar No. 330482*
475 14th Street, Suite 610
Oakland, CA 94612
Telephone: (510) 622-8207
aspiegel@publicjustice.net

*Attorneys for Friends of Farmworkers, Inc.,
d/b/a Justice at Work*

**FRIENDS OF FARMWORKERS, INC.,
D/B/A JUSTICE AT WORK**
Lerae Kroon, PA Bar No. 325464
Nina Menniti, PA Bar No. 326828
Samuel Datlof, PA Bar No. 324716
990 Spring Garden St, Suite 300
Philadelphia, PA 19123

Telephone: (215) 733-0878
Fax: (215) 733-0878
lkroon@justiceatworklegalaid.org
nmenniti@justiceatworklegalaid.org
sdatlof@justiceatworklegalaid.org
*Attorneys for Jane Does I, II, and III*

**NICHOLS KASTER, PLLP**
Matthew H. Morgan, MN Bar No. 304657
Anna P. Prakash, MN Bar No. 0351362*
4600 IDS Center
80 S. Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
morgan@nka.com
aprakash@nka.com

*Attorneys for Friends of Farmworkers, Inc.,
d/b/a Justice at Work*
* application for admission *pro hac vice*
forthcoming


DAVID J. FREED
UNITED STATES ATTORNEY

/s/ *G. Michael Thiel*,
G. MICHAEL THIEL
Assistant U.S. Attorney
Atty. I.D. #PA 72926
235 N. Washington Ave., Ste. 311
Scranton, PA 18503
Phone: (570) 348-2800
mike.thiel@usdoj.gov

KATE S. O'SCANNLAIN
SOLICITOR OF LABOR
U.S. DEPARTMENT OF LABOR

/s/ *Oscar L. Hampton III*
OSCAR L. HAMPTON III
Regional Solicitor
Atty. I.D. #MO 36778
170 S. Independence Mall West
Suite 630
East Philadelphia, PA 19106
(215) 861-5120
hampton.oscar@dol.gov

RICHARD T. BUCHANAN
Deputy Regional Solicitor

MICHAEL P. DOYLE
Regional OSHA Counsel

EDMUND C. BAIRD
Associate Solicitor for Occupational
Safety and Health

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused this brief to be filed in ECF, which caused a copy to

be served on counsel for all parties.

> /s/ *David H. Seligman*
> David H. Seligman, CO Bar No. 49394
> **TOWARDS JUSTICE**
> 1410 High St., Suite 300
> Denver, CO 80218
> Telephone.: 720-239-2606
> david@towardsjustice.org