# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOES I, II, III, et al.,** : | |
| Plaintiffs : | **CIVIL ACTION NO. 3:20-1260** |
| v. : | **(JUDGE MANNION)** |
| **EUGENE SCALIA, United States Secretary of Labor, et al.,** : | |
| : | |
| Defendants | |

## ORDER

Based upon the hearing held on Friday, July 31, 2020, the following schedule for briefing will be followed:

1. Plaintiffs shall have until August 14, 2020 to file their briefs which shall not exceed 25 pages.

2. Defendants shall have until August 21, 2020 to file their briefs which shall not exceed 25 pages.

3. Reply briefs shall be filed on or before August 26, 2020 and shall not exceed 7 pages.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 4, 2020**
20-1260-04