# EXHIBIT B

**Sworn Declaration of** ▇▇▇▇▇▇▇

1. My name is ▇▇▇▇▇▇▇ I am an employee at Maid-Rite Specialty Foods, where I have worked for more than 10 years. In the lawsuit *Jane Does I, II, III et al. v. Scalia et al.*, I am Jane Doe II. All three Jane Does in this lawsuit continue to work at Maid-Rite.

2. I am writing this additional declaration for two reasons. One is to convey my observations of the OSHA inspection that happened in early July of this year. The other is to describe current conditions at Maid-Rite, as of the date I am signing this declaration.

**Inspection**

3. As for the inspection, while I cannot say with certainty which exact day it occurred, I know it was sometime in early July.

4. At first, the morning was no different from all our other mornings. All of us workers had our plastic face shields raised over our heads so that they were not covering our faces. This is how we worked every day.

5. Then, still fairly early in the morning, one of the supervisors or managers, John Smith, arrived. First, he spoke to our direct supervisors, Miriam and Isa. After they had a conversation that I could not overhear, they told us to lower our plastic face shields.

6. At the same time, they told the person who operates the machine that dispenses meat to slow down the speed that meat was being dispensed.

7. When they slowed down the line speed, they also took workers off of the line. For example, on Line Four, normally there are four people working on each side of the line. John Smith took one person off each side of the line so that there were only three people working per side. This allowed the workers on each side of the line to put about three feet of space between them. Normally, when there are four workers per side, they work so close to each other that they often bump into each other.

8. John Smith and the other supervisors took people off each line so that the remaining workers on the line could put space between themselves.

9. At this point, us workers knew something was happening and that there would be some kind of inspection or check. At the time, we did not know for certain that it was OSHA who was doing an inspection. In retrospect, I know that it was OSHA because I learned that at the court hearing on July 31, 2020, OSHA said that they did an inspection on July 9, 2020.

10. Sometime after John Smith and the other supervisors made these changes—I estimate between 30 and 60 minutes later—Dave Hollander and a female inspector walked into our work area. I estimate the inspector was in her 20s or 30s. She was thin and about average height.

11. They did not stop at all in our area. They just walked straight through. I did not see the woman take pictures or videos. She was probably in an out of our area within minute or so. They were walking toward the part of the plant where Polarize Meats workers are.

12. A short time after Hollander and the inspector left—still in the morning—our supervisors raised the speed the meat was being dispensed, put the normal number of people back on the line, and things went back to how they always are.

**Current Conditions**

13. As for the current conditions at Maid-Rite, they remain like what I described in my earlier declaration.

14. There is no separation between workers on the line. I work elbow-to-elbow or shoulder-to-shoulder with my colleagues.

15. There are still no plastic barriers on the line separating me from my colleagues.

16. There are still no markings on the floor to indicate how far we should be apart from our colleagues.

17. I still have to bring my own mask for self-protection. The last time Maid-Rite provided me with a mask was about three weeks ago.

18. Our break schedule remains the same. We have not been given additional breaks. When we do have breaks, we are still very crowded in the bathroom.

19. There is still a bonus structure where you get paid extra if you do not take any days off— for being sick, or otherwise—for a full week.

20. The workers from the nearby Polarize Meats plant now work with us almost every day.

21. Maid-Rite is also bringing in new workers who I do not recognize.

I, ▮▮▮▮▮ hereby certify that the above statement is true and accurate to the best of my knowledge and belief, and that it has been read to me in my native language, Spanish.

Yo, ▮▮▮▮▮ certifico que la declaración arriba es verdadera y correcta en mi mejor entender y creencia, y que se me ha leído en mi lenguaje natal, español.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  8/11/20
Signature / Firma                                           Date / Fecha