UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III and FRIENDS OF FARMWORKERS, INC. D/B/A JUSTICE AT WORK IN ITS CAPACITY AS EMPLOYEE REPRESENTATIVE,<br><br>Plaintiffs,<br><br>EUGENE SCALIA, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF LABOR; OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES notice DEPARTMENT OF LABOR,<br><br>Defendants. | Case No.: 3:20-cv-01260 |

**NOTICE OF SUPPLEMENTAL DECLARATION OF JANE DOE II**

Plaintiffs attach to this notice a declaration of Jane Doe II. As explained in prior filings, a declaration previously signed by Jane Doe II (Dkt. No. 43-2) inadvertently failed to include the statement that Jane Doe II was signing that declaration under penalty of perjury. The attached declaration affirms that despite that omission, Jane Doe II understood all of the declarations she provided in this case to have been made under penalty of perjury at the time she made them, and attests to the veracity of those declarations again in this supplemental declaration.

s/ David H. Seligman__

David H. Seligman, CO Bar No. 49394
Juno Turner, NY Bar No. 4491890
Brianne Power, CO Bar No. 53730
1410 High St., Suite 300
Denver, CO 80218
Telephone.: 720-239-2606
david@towardsjustice.org
juno@towardsjustice.org
brianne@towardsjustice.org

**TOWARDS JUSTICE**

David Muraskin, D.C. Bar No. 1012451
Karla Gilbride, D.C. Bar No. 1005586
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Fax: (202) 232-7203
kgilbride@publicjustice.net
dmuraskin@publicjustice.net

Adrienne H. Spiegel, CA Bar No. 330482
475 14th Street, Suite 610
Oakland, CA 94612
Telephone: (510) 622-8207
aspiegel@publicjustice.net

*Attorneys for Friends of Farmworkers, Inc., d/b/a Justice at Work*

**FRIENDS OF FARMWORKERS, INC., D/B/A JUSTICE AT WORK**
Lerae Kroon, PA Bar No. 325464
Nina Menniti, PA Bar No. 326828
Samuel Datlof, PA Bar No. 324716
990 Spring Garden St, Suite 300
Philadelphia, PA 19123

>Telephone: (215) 733-0878
>Fax: (215) 733-0878
>lkroon@justiceatworklegalaid.org
>nmenniti@justiceatworklegalaid.org
>sdatlof@justiceatworklegalaid.org
>*Attorneys for Jane Does I, II, and III*
>
>**NICHOLS KASTER, PLLP**
>Matthew H. Morgan, MN Bar No. 304657
>Anna P. Prakash, MN Bar No. 0351362
>4600 IDS Center
>80 S. Eighth Street
>Minneapolis, Minnesota 55402
>Telephone: (612) 256-3200
>Fax: (612) 338-4878
>morgan@nka.com
>aprakash@nka.com
>
>*Attorneys for Friends of Farmworkers, Inc., d/b/a Justice at Work*

## CERTIFICATE OF SERVICE

I hereby certify that I caused this brief to be filed be filed in ECF, which caused a copy to be served on counsel for all parties.

>s/ David H. Seligman
>David H. Seligman, CO Bar No. 49394
>1410 High St., Suite 300
>Denver, CO 80218
>Telephone: 720-239-2606
>david@towardsjustice.org
>juno@towardsjustice.org
>brianne@towardsjustice.org
>**TOWARDS JUSTICE**