**Sworn Affidavit of** ▬

I, ▬ hereby swear that all prior declarations that I have submitted to the Court in *Jane Does I, II, III et al. v. Scalia et al.*, have been signed under penalty of perjury.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

**Declaración Jurada de** ▬

Yo, ▬ presentemente juro que todas las declaraciones previas que yo he sometido a la corte en el caso, *Jane Does I, II, III et al. v. Scalia et al.*, han sido firmados debajo de la pena de perjurio.

Yo juro debajo de la pena de perjurio que lo precedente es verdadero y correcto a lo mejor de mi conocimiento y entendimiento.

▬                                                                         9/4/20

Signature/Firma                                                    Date/Fecha