# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOES I, II, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-1260 |
| | ) |
| EUGENE SCALIA, United States Secretary of Labor, et al., | ) (JUDGE MANNION) |
| | ) |
| Defendants. | ) |

# ORDER

Presently before the court is Defendants' Suggestion of Mootness (Doc. ___) and Plaintiffs' response thereto (Doc. ___). Because OSHA has concluded its investigation against Plaintiffs' employer without issuing a citation, this case is hereby dismissed as moot.

/s/_____
MALACHY E. MANNION
United States District Judge

DATE: