UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOES I, II, III, et al., | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-1260 |
| v. | : | (JUDGE MANNION) |
| EUGENE SCALIA, United States Secretary of Labor, et al., | : | |
| | : | |
| Defendants | | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Defendants' motion to dismiss, (Doc. 23) is **GRANTED;**

(2) Plaintiff's Complaint, (Doc. 1), is **DISMISSED;**

(3) Defendants' motion to strike, (Doc. 44), is **GRANTED**, and the three exhibits attached to Plaintiffs' post-hearing brief, (Doc. 43-2; Doc. 43-3; Doc. 43-4; Doc. 50), are **STRICKEN FROM THE RECORD**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 30, 2021**
20-1260-01-ORDER