UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2057
_____

JANE DOE I; JANE DOE II; JANE DOE III; FRIENDS OF FARMWORKERS, Inc., d/b/a Justice at Work in its capacity as Employee Representative

v.

EUGENE SCALIA, in his official capacity as United States Secretary of Labor; OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION; UNITED STATES DEPARTMENT OF LABOR


Jane Doe I; Jane Doe III; Friends of Farmworkers, Inc., d/b/a Justice at Work in its capacity as Employee Representative.
Appellants

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 3-20-cv-01260
District Judge: The Honorable Malachy E. Mannion
_____

Argued September 7, 2022

Before: JORDAN, HARDIMAN, and SMITH, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on September 7, 2022.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered March 30, 2021, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. The parties shall bear their own costs.

                ATTEST:

                s/ Patricia S. Dodszuweit
                Clerk

Dated: January 31, 2023