Case 3:20-cv-01260-MEM   Document 65-1   Filed 03/24/23   Page 1 of 2

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 24, 2023

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & United States Courthouse
235 North Washington Avenue
Scranton, PA 18503

RE: Jane Doe I, et al v. Eugene Scalia, et al
Case Number: 21-2057
District Court Case Number: 3-20-cv-01260

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: /s/ Timothy McIntyre
Timothy McIntyre, Case Manager
267-299-4953

cc: Samuel H. Datlof
Karla Gilbride
Lerae Kroon
David S. Muraskin

Sarah R. Schalman-Bergen
Amy S. Tryon